**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN HENRY WHITE, | ) | NO. CV 15-2770-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES MACDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 15, 2015.

/s/ Virginia A. Phillips
_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE